UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24449-CIV-PAS

XIOMARA ARAGON and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

SARUSSI 2012, CORP. d/b/a SARUSSI CAFE SUBS,
VIOLETA D RUIZ,
JOSE RODRIGUEZ,
VICTOR E MIRANDA,

        Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Federal Half-time Overtime Claim (12/2/12-6/9/14):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks: 79
Overtime hours per week: 15
Total wages unpaid and liquidated damages: $4,289.70 X 2 = $8,579.40

**Federal Half-time Overtime Claim (6/10/14-11/24/15):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks:   70 (76 weeks less 6 weeks)
Overtime hours per week: 15
Total wages unpaid and liquidated damages: $3,801 X 2 = $7,602

**Federal Minimum Wage Claim (12/2/12-6/9/14):**
Amount of minimum wage per hour not compensated: $2.25 (based on Fed. MW 7.25-5.00)
Weeks: 79
Hours per week: 55
Total wages unpaid and liquidated damages: $9,776.25 X 2 = $19,552.50

**Federal Minimum Wage Claim (6/10/14-11/24/15):**
Amount of minimum wage per hour not compensated: $.25 (based on Fed. MW 7.25-7.00)
Weeks: 70 (76 weeks less 6 weeks)
Hours per week: 55
Total wages unpaid and liquidated damages: $962.50 X 2 = $1,925

**Total Federal OT/MW Claim: $37,658.90**

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 12/14/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**